UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff,<br><br>    v.<br><br>HYATT INTERNATIONAL CORPORATION,<br><br>    Defendant. | Case No. 19-cv-03006-NC<br><br>**ORDER TO SHOW CAUSE RE: JURISDICTION**<br><br>Re: Dkt. No. 45 |

Pending before the Court is plaintiff Peter Strojnik's motion to enforce settlement terms. *See* Dkt. No. 45. This case, however, was dismissed on December 27, 2019. "Federal courts are courts of limited jurisdiction." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). "Enforcement of [a] settlement agreement . . . is more than just a continuation or renewal of the dismissed suit, and hence requires its own basis for jurisdiction." *Id.* at 378.

Accordingly, Strojnik is ORDERED to show cause why this Court has continued jurisdiction over the parties' settlement by **February 4, 2020**. Defendant Hyatt International Corporation may respond by **February 11, 2020**.

**IT IS SO ORDERED.**

Dated: January 21, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge